FILED
2014 Jan-15  AM 10:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID ROGERS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  5:12-cv-03519-HGD |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant ) | |

## DISMISSAL ORDER

Plaintiff has filed a Motion for Dismissal of Equifax Information Services, LLC With Prejudice.  (Doc. 56).  It is ORDERED, ADJUDGED and DECREED that plaintiff's motion is due to be and hereby is GRANTED, and this action hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

DONE this 15th  day of January, 2014.

*Robert B. Propst*

**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**